# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### DISTRICT OF KANSAS

Timothy M. O'Brien
CLERK

Ingrid Campbell
CHIEF DEPUTY CLERK

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 551-6719

July 10, 2008

WICHITA, KANSAS

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 295-2610

*FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 08 JUL 14 PM 2:18 OFFICE OF THE CLERK*

Nebraska District Court
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

Re:   USA v. Allison Klanecky
      Our Case No. 08-6126-DWB
      Your Case No. 08 MJ 120

Dear Clerk:

Enclosed please find the following original documents regarding the above referenced Rule 5(c)(3) Proceeding:

    7/9/08 Minute Sheet
    7/9/08 Waiver of Rule 5 Hearings
    7/9/08 Appearance Bond
    7/9/08 Order Setting Conditions
    7/9/08 Financial Affidavit

As our court uses electronic case filing, you may also access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader in order to view the documents. If you are an electronic court, you may upload the documents.

Please **DO NOT MAKE THE INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.
If you have any questions, please advise.

                Sincerely,
                TIMOTHY O'BRIEN, CLERK

                By s/R. Moody
                Deputy Clerk

Enclosures

CLOSED

# U.S. District Court
## District of Kansas (Wichita)
### CRIMINAL DOCKET FOR CASE #: 6:08-mj-06126-DWB-1

Case title: USA v. Klanecky
Other court case number: 08 MJ 120 District of Nebraska

Date Filed: 07/09/2008
Date Terminated: 07/10/2008

Assigned to: Magistrate Judge Donald W. Bostwick

**Defendant (1)**

**Allison Klanecky**
*TERMINATED: 07/10/2008*

represented by **Cyd Gilman**
Office of Federal Public Defender - Wichita
850 Epic Center
301 North Main Street
Wichita , KS 67202
316-269-6445
Fax: 316-269-6175
Email: cyd_gilman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal of Allison Klanecky to | |

District of Nebraska

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Mona L. Furst**<br>Office of United States Attorney -- Wichita<br>301 North Main Street, Suite #1200<br>Wichita , KS 67202<br>316-269-6481<br>Fax: 316-269-6484<br>Email: mona.furst@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2008 | | Arrest (Rule 5(c)(3) Out) of Allison Klanecky. (rm) (Entered: 07/10/2008) |
| 07/09/2008 | 1 | MINUTE ENTRY for proceedings held before Magistrate Judge Donald W. Bostwick: Initial Appearance in Rule 5(c)(3) Proceedings as to Allison Klanecky held on 7/9/2008. (Tape #2:51 - 3:18.) (Attachments: # 1 Waiver of Rule 5 Hearings, # 2 Appearance Bond, # 3 Order Setting Conditions) (rm) (Entered: 07/10/2008) |
| 07/09/2008 | 2 | CJA 23 FINANCIAL AFFIDAVIT by Defendants Allison Klanecky. (rm) (Entered: 07/10/2008) |
| 07/10/2008 | 3 | Rule 5(c)(3) removal hearing papers sent to District of Nebraska as to Allison Klanecky. (rm) (Entered: 07/10/2008) |
| 07/10/2008 | 4 | ENTRY OF APPEARANCE: by attorney Cyd Gilman appearing for Allison Klanecky (Gilman, Cyd) (Entered: 07/10/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/14/2008 15:06:43 | | | |
| **PACER Login:** | us3830 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:08-mj-06126-DWB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |