FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 JUL 16 PM 3: 06

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR279 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | 26 U.S.C. §5841 |
| | ) | 26 U.S.C. §5861(d) |
| ALLISON KLANECKY, | ) | 26 U.S.C. §5871 |
| | ) | |
| Defendants. | ) | |

The Grand Jury Charges:

## COUNT I

On or about the 9th day of July, 2008, in the District of Nebraska, ALLISON KLANECKY, defendant herein, knowingly received and possessed a firearm, a destructive devise or a machine gun, which is not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL:

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

FREDERICK D. FRANKLIN
Assistant United States Attorney