IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR279 |
| vs. | ) | |
| | ) | ORDER |
| ALLISON KLANECKY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for an extension of time in which to file pretrial motions [14] due to the government's failure to provide any Rule 16 discovery. For good cause shown,

**IT IS ORDERED** that the motion [14] is granted, as follows:

1. The deadline for filing pretrial motions is extended to **September 19, 2008.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **August 18, 2008 and September 19, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Counsel for the United States shall inform the court, in writing, on or before **August 25, 2008**, as to the reason why discovery was not timely provided to the defendant.

DATED August 19, 2008.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**