IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR279 |
| vs. | ) | |
| | ) | ORDER |
| ALLISON KLANECKY, | ) | |
| | ) | |
| Defendant. | ) | |

On August 19, 2008, counsel for the United States was ordered to inform the court, in writing, by August 25, 2008, as to the reason why discovery was not timely provided to the defendant.  The court has not received a response from the Assistant U.S. Attorney. Accordingly,

**IT IS ORDERED** that, no later than 4:30 p.m. on Tuesday, September 2, 2008, counsel for the United States shall inform the court, in writing, (a) as to the reason why discovery was not timely provided to the defendant and (b) why counsel did not comply with the August 19, 2008 order [15].

**DATED August 29, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**