## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **8:08CR279** |
| | ) | |
| **ALLISON KLANECKY,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 20). Based on counsel's representations, trial will be continued to December 2, 2008.

**IT IS ORDERED** that the motion [20] is granted, as follows:

1.    The jury trial now set for October 21, 2008, is continued to **Tuesday, December 2, 2008**.

2.    In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **October 21, 2008 and December 2, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3.    Defendant shall file an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3, no later than **October 21, 2008.**

**DATED October 9, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**