```
                                                                    FILED
                                                               U.S. DISTRICT COURT
                     IN THE UNITED STATES DISTRICT COURT       DISTRICT OF NEBRASKA
                         FOR THE DISTRICT OF NEBRASKA
                                                                  08 OCT 22 PM 3: 19
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR279    OFFICE OF THE CLERK |
|  | ) |  |
| Plaintiff, | ) | SUPERCEDING INDICTMENT |
| vs. | ) | 26 U.S.C. §5841 |
|  | ) | 26 U.S.C. §5861(d) |
| ALLISON KLANECKY, | ) | 26 U.S.C. §5871 |
|  | ) | 18 U.S.C. § 844(c)(1) |
| Defendants. | ) | 28 U.S.C. § 2461(c) |

The Grand Jury Charges:

## COUNT I

On or about the 9th day of July, 2008, in the District of Nebraska, ALLISON KLANECKY, defendant herein, knowingly received and possessed a firearm, a destructive devise or a machine gun, which is not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT II

Upon conviction of the offense charged in Count I of this Superceding Indictment, the Defendant, Allison Klanecky, shall forfeit to the United States any explosive materials involved in or used or intended to be used in violation of the crime charged in Count I, including but not limited to the following:

EXPLOSIVES: LOW EXPLOSIVES, QTY: 3, MEA: ASSORTED, GREEN AMMUNITION CAN CONTAINING THREE CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 25, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 25 PLASTIC BAGS CONTAINING EXPLOSIVE POWDER, ONE CAN OF POWDER AND PLASTIC BAG CONT

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVES POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 3, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 3 BOTTLES OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 4, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 4 BOTTLES OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 3, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 3 BOTTLES OF EXPLOSIVE POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: OTHER EXPLOSIVE, QTY: 1, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 1 SPOOL OF FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 2, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 2 BAGS OF EXPLOSIVE POWDER, FUSE AND MATCHES

FIREARM: SHOTGUN, MNF: UNKNOWN MANUFACTURER, TYPE: DESTRUCTIVE DEVICE, MODEL: UNKNOWN, CAL: 12, SN: NONE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 9, MEA: ASSORTED, WHITE BOX CONTAINING 5 PLASTIC BOTTLES AND 4 METAL CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE PLASTIC GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACKPLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACKPLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAIING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, CARDBOARD CAN CONTAIING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: I, MEA: ASSORTED, SMALL CARDBOARD CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, CLEAR PLASTIC CONTAINER CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL TIN CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL TIN CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL TIN CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL TIN CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL TIN CAN CONTAINING EXPLOSIVE POWDER

In violation of Title 18, United States Code, Section 844(c)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
FREDERICK D. FRANKLIN
Assistant United States Attorney