IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 DEC 16 PM 1: 05

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | 8:08CR279 |
| --- | --- | --- |
| Plaintiff, | ) ) | SECOND SUPERCEDING |
| | ) | INDICTMENT |
| vs. | ) | 26 U.S.C. §5841 |
| | ) | 26 U.S.C. §5861(d) |
| ALLISON KLANECKY, | ) | 26 U.S.C. §5871 |
| | ) | 18 U.S.C. § 844(c)(1) |
| Defendants. | ) | 28 U.S.C. § 2461(c) |

The Grand Jury Charges:

### COUNT I

On or about the 14th day of April, 2008 and continuing through on or about July 9, 2008, in the District of Nebraska, ALLISON KLANECKY, defendant herein, knowingly received and possessed a firearm, a destructive device or a machine gun, to wit, a Striker-12 Streetsweeper shotgun, serial number 10266, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT II

On or about the 9th day of July, 2008, in the District of Nebraska, ALLISON KLANECKY, defendant herein, knowingly received and possessed a firearm, a destructive device or a machine gun, to wit, components for the assembly of a grenade, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT III

Upon conviction of the offense charged in Count 1 of this Superceding Indictment, the Defendant, Allison Klanecky, shall forfeit to the United States any explosive materials involved

limited to the following:

EXPLOSIVES: LOW EXPLOSIVES, QTY: 3, MEA: ASSORTED, GREEN AMMUNITION CAN CONTAINING THREE CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 25, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 25 PLASTIC BAGS CONTAINING EXPLOSIVE POWDER, ONE CAN OF POWDER AND PLASTIC BAG CONT

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVES POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 3, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 3 BOTTLES OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 4, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 4 BOTTLES OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 3, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 3 BOTTLES OF EXPLOSIVE POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER AND FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 8, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 8 CANS OF EXPLOSIVE POWDER

EXPLOSIVES: OTHER EXPLOSIVE, QTY: 1, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 1 SPOOL OF FUSE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 2, MEA: ASSORTED, GREEN AMMO CAN CONTAINING 2 BAGS OF EXPLOSIVE POWDER, FUSE AND MATCHES

FIREARM: SHOTGUN, MNF: UNKNOWN MANUFACTURER, TYPE: DESTRUCTIVE DEVICE, MODEL: UNKNOWN, CAL: 12, SN: NONE

EXPLOSIVES: LOW EXPLOSIVES, QTY: 9, MEA: ASSORTED, WHITE BOX CONTAINING 5 PLASTIC BOTTLES AND 4 METAL CANS OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN OF EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE METAL CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE GALLON PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, ONE PLASTIC GALLON JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACKPLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACKPLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAIING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, CARDBOARD CAN CONTAIING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL BLACK PLASTIC JUG CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL CARDBOARD CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, CLEAR PLASTIC CONTAINER CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL TIN CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL TIN CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL TIN CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL TIN CAN CONTAINING EXPLOSIVE POWDER

EXPLOSIVES: LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED, SMALL TIN CAN CONTAINING EXPLOSIVE POWDER

In violation of Title 18, United States Code, Section 844(c)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

FREDERICK D. FRANKLIN
Assistant United States Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
08 DEC 16 PM 1:05
OFFICE OF THE CLERK