# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR279** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ALLISON KLANECKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to dismiss Count I of the Second Superseding Indictment without prejudice (Filing No. 95).

At the time of trial, Counts I and III of the Second Superseding Indictment were dismissed with prejudice.  Therefore,

IT IS ORDERED that the government's motion to dismiss Count I of the Second Superseding Indictment without prejudice (Filing No. 95) is denied.

DATED this 6th day of February, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge