Defendant: ALLISON KLANECKY
Case Number: 8:08CR279-001

Page 2 of 6

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **6 months**.

The Court makes the following recommendations to the Bureau of Prisons:

1. That the Defendant be incarcerated in a federal facility as close to **Wolbach, Nebraska,** as possible.

2. Defendant shall be given credit for time served.

The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **no earlier than July 29, 2009 by 2:00 p.m.**

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the Defendant ~~was delivered~~ *voluntary surrendered* on the *29th* day of *July*, *2009* to *FCI Sandstone, MN*, with a certified copy of this judgment.

*Scott P. Fisher, Warden*
UNITED STATES WARDEN

By: *M. Jensen, CSO*

**NOTE: The following certificate must also be completed if the Defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the Defendant this ____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
09 AUG 18 PH 2:33
OFFICE OF THE CLERK