IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR279** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ALLISON KLANECKY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for return of property (Filing No. 142).

The Defendant was convicted of possession of an unregistered destructive device as charged in Count II of the Second Superseding Indictment, a felony offense. Counts I (possession of an unregistered destructive device) and Count III (forfeiture). Count III charged the criminal forfeiture of property relating to Count I, including explosive powder, fuses, and a shotgun. Clearly, the Defendant may not legally possess some or all of this property. The government will be ordered to respond.

IT IS ORDERED that the government must respond to the Defendant's motion for return of property (Filing No. 142) on or before May 17, 2011.

DATED this 9th day of May, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge